FILED

SEP 08 2025

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | INFORMATION |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:25 CR 0 0 4 5 1 |
| INDIA R. CLAXTON, | ) | Title 18, United States Code, Section 641 |
| Defendant. | ) | JUDGE BARKER |

COUNTS 1-3

(Theft of Government Funds, 18 U.S.C. § 641)

The United States Attorney charges:

1. On or about each of the dates set forth below, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant INDIA R. CLAXTON, in a continuing course of conduct, knowingly and willfully embezzled, stole, purloined, and converted to her own use money in a value exceeding $1,000 of the United States or any department or agency thereof to wit: Pandemic Unemployment Assistance (PUA) benefits, Paycheck Protection Program (PPP) benefits, and Economic Injury Disaster Loan (EIDL) benefits obtained by fraud from the Small Business Administration and Ohio Department of Job and Family Services (ODJFS), each taking constituting a separate count of this Information:

| Count | Approximate Date(s) | Description of Taking |
|---|---|---|
| 1 | June 1, 2020 through February 7, 2023 | ACH transfers of approximately $54,345 in PUA benefits |
| 2 | June 26, 2020 through July 7, 2020 | Two ACH transfers totaling approximately $34,900 in EIDL loan benefits |

| Count | Approximate Date(s) | Description of Taking |
|---|---|---|
| 3 | April 28, 2021 | An ACH transfer of approximately $20,832 in PPP loan benefits |

all in violation of Title 18, United States Code, Sections 641.

DAVID M. TOEPFER
United States Attorney

By: *[signature]*
VASILE C. KATSAROS
Chief, General Crimes Unit
