**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 1:25-cr-00451 |
| Plaintiff, | **JUDGE PAMELA A. BARKER** |
| -vs- | |
| **INDIA R. CLAXTON,** | **ORDER ADOPTING REPORT AND RECOMMENDATION OF** |
| Defendant. | **MAGISTRATE JUDGE** |

The above Defendant, accompanied by counsel, proffered a plea of guilty before Magistrate Judge Jennifer Dowdell Armstrong, as to Counts 1, 2, and 3 in the Information. The Court finds that the Defendant's proffer of guilt was made under oath knowingly, intelligently and voluntarily and that all requirements imposed by the United States Constitution and Fed.R.Crim.P. 11 are satisfied.

THEREFORE, the Court adopts the Report and Recommendation of Magistrate Judge Jennifer Dowdell Armstrong and accepts the Defendant's offer of guilt and finds the Defendant guilty as to Counts 1, 2, and 3 in the Information.

The signed Plea Agreement shall be filed as of the date of this Order.

**IT IS SO ORDERED.**

    *s/Pamela A. Barker*
Date: November 7, 2025    PAMELA A. BARKER
    U. S. DISTRICT JUDGE